LAURA NOVELLI, as Limited Administratrix of the Estate of JOSEPH A. NOVELLI, Deceased, Appellant, *v.* PAUL-BURKE REALTY CO., INC., et al., Respondents.

Argued November 18, 1952; decided January 8, 1953.

*Byron A. Johnson, Jr.,* for appellant.

*Murray De Leeuw* and *John J. Darcy* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.